# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*    **CRIMINAL COMPLAINT**

*MARK ARNOLD BLAKE*

CASE NUMBER: 22-013MJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or between January 2, 2022, and January 3, 2022, in the District of Arizona, Defendant *MARK ARNOLD BLAKE*, did knowingly and unlawfully possess a firearm, specifically a destructive device, which was not identified by a serial number as required by chapter 53 of Title 26 of the United States Code and 27 C.F.R. § 479.102, in violation of Title 26, United States Code, Sections 5842, 5845(a) & (f), 5861(i), and 5871.).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached affidavit and made a part hereof:  ☒ Yes  ☐ No

REVIEWED BY: */s AUSA Joseph E. Koehler*

__X__ Pursuant to 28 U.S.C. §1746(2), I declare that the foregoing is true and correct.

Dawn A. Martin, Special Agent FBI
Complainant's Name and Title

Complainant's Signature    Date 1/5/22

January 5, 2022
Date/Time

Phoenix, Arizona
City and State

Michelle H. Burns
United States Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

**IN SUPPORT OF A CRIMINAL COMPLAINT**

Your affiant, Dawn A Martin, a Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, states as follows:

**INTRODUCTION**

On or about January 2, 2022, in Navajo County, in the District of Arizona, the defendant, MARK ARNOLD BLAKE, did knowingly and unlawfully possess a firearm, specifically a destructive device, that is a grenade that was black in color with a green fuse, which was not identified by a serial number as required by chapter 53 of Title 26 of the United States Code and 27 C.F.R. § 479.102, in violation of Title 26, United States Code, Sections 5842, 5845(a) & (f), 5861(i), and 5871.

**PRELIMINARY BACKGROUND INFORMATION**

1. I, Dawn A Martin, have been employed as a Special Agent of the Federal Bureau of Investigation since April of 2004, and am currently assigned to the Phoenix Field Office, Flagstaff Resident Agency. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. I have been assigned to conduct investigations related to Domestic Terrorism.

2. The information contained in this affidavit is based on my experience and background as a Special Agent, my personal knowledge, and/or information provided to me by other law enforcement officers. Because this affidavit is being made to establish probable cause of violations of 26 U.S.C. §§ 5842, 5845(a) & (f), 5861(i), and 5871, which make it a crime to possess a destructive device which is not identified by a serial number, your affiant has not listed every fact known regarding the investigation of this incident.

**DETAILS OF THE INVESTIGATION**

3. On January 2, 2022, Navajo County Sheriff's Office (NCSO) Master Deputy C. Baldwin responded to the residence of MARK ARNOLD BLAKE, located in Snowflake, Arizona, in reference to an attempted suicide.

4. Officers were responding to a call from a Charge Nurse with Summit Healthcare, who had called NCSO to request a welfare check on BLAKE. The Charge Nurse reported BLAKE contacted Summit Healthcare stating he took a bottle of Wellbutrin (an anti-depressant medication) and wanted to kill himself. The Charge Nurse called NCSO a short time later advising BLAKE had stated he had a hand grenade inside his fifth wheel trailer. BLAKE stated he had the means to use the grenade, but it was not on his person and BLAKE was outside in his van.

5. Master Deputy C. Baldwin made contact with BLAKE outside of his residence. BLAKE told Master Deputy C. Baldwin he was depressed and took a bottle of Wellbutrin in an attempt to kill himself.

6. BLAKE admitted he had previously spent three weeks in Summit Healthcare due to depression. BLAKE agreed to go back to the hospital for treatment.

7. BLAKE refused to provide Master Deputy Baldwin with the empty bottle of Wellbutrin and refused to allow NCSO to enter his fifth wheel trailer to look for the prescription bottle.

8. BLAKE told Master Deputy Baldwin "I have a grenade and I was going to blow myself up." BLAKE described the grenade as a "pineapple grenade". BLAKE refused to allow Master Deputy Baldwin to enter his fifth wheel trailer to find the grenade.

9. On January 3, 2022, NCSO obtained a Superior Court Search Warrant, #SW202200001, signed by Judge Hardy. During the execution of the search warrant, the "pineapple grenade" was located inside the fifth wheel trailer. The grenade was black in color with a green fuse coming out of the top. The green fuse was coiled up with a piece of blue tape wrapped around the loops of fuse. The Arizona Department of Public Safety (AZ DPS) Bomb Squad took custody of the device.

10. A photograph of the grenade is shown below:



11. While NCSO was conducting the Search Warrant, BLAKE called NCSO dispatch and was patched through to Master Deputy C. Baldwin. BLAKE asked why NCSO was inside his trailer. Master Deputy C. Baldwin advised BLAKE they had a Search Warrant to enter the trailer to locate and seize the grenade. BLAKE stated if NCSO took the grenade he would have to make another one. BLAKE told Master Deputy C. Baldwin there was gunpowder inside the grenade, and he had the technology to make more grenades.

12. BLAKE told Master Deputy C. Baldwin if he was going to be charged with a crime, "All hell is going to break loose."

13. AZ DPS Bomb Technician R. DeRango described the pineapple grenade as a steel housing with threaded bolts on the top and bottom of the housing. The top bolt had a hole through which the fuse passed into the grenade. AZ DPS Bomb Squad opened the grenade and found a black granular powder which flashed and burned similar to black powder. The fuse was tested and burned similar to time fuse. AZ DPS Bomb Technician DeRango stated the grenade appeared to be a functional device. AZ DPS Bomb Technician DeRango examined the entire device and found no visible serial number on the device.

## CONCLUSION

Based on the foregoing, your affiant respectfully submits there is probable cause to believe that MARK ARNOLD BLAKE, did knowingly and unlawfully possess a firearm, specifically a destructive device, that is an explosive grenade or an explosoive bomb made from a grenade shell that was black in color with a green fuse, which was not identified by a serial number as required by chapter 53 of Title 26 of the United States Code and 27 C.F.R. § 479.102, in violation of Title 26, United States Code, Sections 5842, 5845(a) & (f), 5861(i), and 5871, which make it a crime to possess a destructive device which is not identified by a serial number.

Respectfully submitted,

Dawn A Martin
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this _5_ of January, 2022.

Michelle H. Burns
United States Magistrate Judge