**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** January 14, 2022 |
| **USA v. Mark Arnold Blake** | **Case Number:** 22-00013MJ-001-PCT-MHB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider for Joseph Edward Koehler
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**INITIAL APPEARANCE**
☒ Complaint Filed   **Date of Arrest:** January 13, 2022
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be SAME.
  Further proceedings ORDERED in Defendant's true name.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Detention Hearing and Status Hearing regarding Preliminary Hearing** set for Wednesday, January 19, 2022 at 9:45 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

*defendant requires the assistance of a listening device. *

**Recorded By** Courtsmart                                                                 IA      5 min
**Deputy Clerk** Christina Davison

                                                                                            Start:  11:07 am
                                                                                            Stop:   11:12 am